## Glover, Appellant, *v.* Manupelli.

430

Argued June 10, 1963. Before RHODES, P. J., ER-
VIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and
FLOOD, JJ.

*Harry N. Moran, Jr.,* for appellant.

*Robert Trucksess,* for appellees.

OPINION PER CURIAM, September 12, 1963:
Judgment entered for defendants by the court be-
low is affirmed on the opinion of Judge HONEYMAN of
the Court of Common Pleas of Montgomery County, as
reported in 30 Pa. D. & C. 2d 613.